1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102

7      Telephone: 415.436.6857
       Facsimile:  415.436.6748

8      Email: patricia.kenney@usdoj.gov

9  Attorneys for United States of America

10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,            )
                                         )
16                     Plaintiff,        )        Case No. 04-02554 TEH
                                         )
17           v.                          )
                                         )        STIPULATION AND
18  MQ POWER WHISPERWATT                 )        ORDER OF FORFEITURE
    GENERATOR, SERIAL NO. 7700228; 1998  )
19  HONDA FOREMAN QUADRUNNER,            )
    VEHICLE IDENTIFICATION NO.           )
20  478TE2204WA006354; 2003 HONDA        )
    FOREMAN QUADRUNNER, VEHICLE          )
21  IDENTIFICATION NO.                   )
    478TE260334206419; $7,040 IN US      )
22  CURRENCY; RUGER MINI 14 RIFLE WITH)
    SCOPE; BERETTA 12 GAUGE DOUBLE       )
23  BARREL SHOTGUN; COLT .223 CALIBER   )
    RIFLE WITH SCOPE; NORINCO RIFLE      )
24  MAK-90 SPORTER; BROWNING 30-06       )
    RIFLE WITH SCOPE; NORINCO SKS        )
25  RIFLE WITH SCOPE AND BAYONET;        )
    REMINGTON 870 12 GAUGE SHOTGUN;      )
26  RUGER .22 CALIBER RIFLE WITH SCOPE; )
    WINCHESTER 30-30 RIFLE WITH SCOPE; )
27  .22 CALIBER RIFLE; and REMINGTON 12  )
    GAUGE SHOTGUN,                       )
28                                       )
                       Defendants.       )
                                         )

**RECITALS**

On June 24, 2005, the United States filed the instant action against the above captioned defendants. After Collin Gotcher, Gordon Gotcher and Leslie Gotcher ("Claimants") filed claims to the above captioned defendants on July 20, 2004 and July 23, 2004, the United States and the claimants agreed to stay this action pending the resolution of the then-pending criminal action against Collin Gotcher. *See* Stipulation and Order Staying Case Until the Resolution of a Related Criminal Case, entered on July 27, 2004. Thereafter, on February 4, 2005, Collin Gotcher entered into a plea agreement and plead guilty to count one of the indictment charging him with conspiracy to manufacture and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 846 and was subsequently sentenced. *See United States v. Collin G. Gotcher*, No. CR 04-0160 SI (N.D. Cal.)(Docket Entry No. 28 – Plea Agreement filed on February 4, 2005)(Docket Entry No. 45 – Judgment entered September 26, 2005). Thus, there is no reason to continue the stay of the instant action.

**STIPULATION AND ORDER OF FORFEITURE**

Subject to the Court's approval, Claimants, through their counsel and on behalf of the above captioned defendants, and the United States, through its counsel, agree as follows:

1.  The United States filed the instant action, and gave proper notice to those who may have had an interest in the above captioned defendants by serving the Complaint for Forfeiture and related documents on Leslie Ann Gotcher, on Collin G. Gotcher and by publishing a notice of this forfeiture action in The Recorder. *See* Docket Entry No. 15 – Proof of Publication on August 26, September 2, and September 9, 2004.

2.  The only claimants who filed timely claims were Collin Gotcher, Leslie Gotcher, and Gordon Gotcher ("Claimants"). *See* Docket Sheet.

3.  After full and open discussion, the Claimants and the United States agree to resolve any and all claims against defendants rather than to continue this litigation. It is expressly understood that this Settlement Agreement has been freely and voluntarily entered into

Stipulation and Order of Forfeiture
No. 04-02554 TEH                                      2

1  by the Claimants and the United States. Further, this Settlement Agreement is expressly
2  understood by the Claimants and the United States not to be an adjudication of the merits of any
3  factual or legal issue underlying this lawsuit.

4       4.      By this stipulation, Claimants agree to withdraw their claims and to allow the
5  above captioned defendants to be forfeited to the United States pursuant to 21 U.S.C. §§
6  881(a)(2), (4), (6) and (11) without further notice to Claimants.

7       5.      The Claimants, on behalf of the above captioned defendants, and the United
8  States agree that, subject to this Court's approval, the above captioned defendants be and hereby
9  are FORFEITED to the United States.

10      6.      The Claimants agree to hold harmless the United States, including but not
11  limited to its officers, agents, employees, inspectors, representatives and agencies, for any and all
12  claims, if any, they may have arising out of the seizure of the above captioned defendants,
13  including but not limited to any claim for attorneys' fees and costs.

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

Stipulation and Order of Forfeiture
No. 04-02554 TEH                                    3

7.   Further, the Claimants and the United States agree that each shall bear its own attorneys' fees and costs in connection with this action and the administrative proceedings leading up to this action.

IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

Dated: October ___, 2005

_Patricia J Kenney_
PATRICIA J. KENNEY,
Assistant United States Attorney

LAW OFFICES OF ANN C. MOORMAN

Dated: ~~October~~ Nov 18 ~~___~~ 2005

_Ann C Moorman_
ANN C. MOORMAN
Attorney for Claimant Collin G. Gotcher

Dated: ~~October~~ Nov 2, 2005

_Colin Gotcher_
COLLIN G. GOTCHER
Claimant

Dated: ~~October~~ Nov 9, 2005

_Leslie Gotcher_
LESLIE GOTCHER
Claimant

Dated: ~~October~~ Dec 4, 2005

_Gordon Gotcher_
GORDON GOTCHER
Claimant

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _4th_ DAY OF ~~OCTOBER, 2005~~ January, 2006, AND FURTHER THE ABOVE CAPTIONED DEFENDANTS BE AND HEREBY ARE FORFEITED TO THE UNITED STATES.   The clerk shall close the file.

HONORABLE THELTON E. HENDERSON
United States District Judge

IT IS SO ORDERED
Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Order of ...
No. 04-02554 TEH